UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VONTRE KNIGHT,<br><br>    Petitioner,<br><br>    v.<br><br>STU SHERMAN, Warden,<br><br>    Respondent. | No. 2:14-cv-2565 TLN DAD P<br><br><br><br>ORDER TO SHOW CAUSE |

Petitioner is a state prisoner proceeding pro se with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On May 5, 2015, respondent filed a motion to dismiss the pending federal habeas petition as premature in light of the fact that petitioner has a direct appeal challenging the judgment of conviction at issue currently pending before the California Court of Appeal.  Petitioner has not filed an opposition to the motion to dismiss.  Local Rule 230(l) provides in part: "Failure of the responding party to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion . . . ."

Good cause appearing, IT IS HEREBY ORDERED that within twenty-one days of the date of service of this order, petitioner shall show cause in writing why this court should not grant

/////

/////

/////

1

the pending motion to dismiss the petition.  Alternatively, if petitioner no longer wishes to proceed with this federal habeas action, he may file a request to voluntarily dismiss this case.

Dated: June 16, 2015

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
knig2565.102